A 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

| | |
|---|---|
| v. | **CRIMINAL COMPLAINT** |
| **CARLOS GRANDE CHAVEZ** | |
| also known as Carlos Charvez | |
| also known as "Snoopy" | **CASE NUMBER:** |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ June 25, 2005 _____ in _____ Washington, D.C. _____, in the _____ District of _____ Columbia _____ defendant(s) did, (Tracking Statutory Language of Offense)

**illegal reentry into the United States after deportation, subsequent to a conviction for an aggravated felony without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security.**

In violation of Title __8__ United States Code, Section(s) _____ 1326(a) and (b)(2) _____..

I further state that I am a(n) Special Agent Akil Baldwin with the U.S. Department of Homeland Security and that this
                                   Official Title
complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

Continue on the attached sheet and made a part hereof:

_____
Signature of Complainant
**Special Agent Akil Baldwin**
**U.S. Department of Homeland Security**
**Immigration and Customs Enforcement**

**AUSA Heidi Pasichow , 514-7533**
Sworn to before me and subscribed in my presence,

_____  at  _____
Date                                              Washington, D.C.
                                                  City and State

_____      _____
Name & Title of Judicial Officer                 Signature of Judicial Officer