AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

CARLOS GRANDE CHAVEZ
also known as "Carlos Chavez"
also known as "Snoopy"

**CRIMINAL COMPLAINT**
Amended

CASE NUMBER: 05-0375M-01

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 25, 2005__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

illegal reentry into the United States after deportation, without having obtained the express consent o the Attorney General or the Secretary of the Department of Homeland Security.

in violation of Title __8__ United States Code, Section(s) __1326(a))__.

I further state that I am __Akil Baldwin, Special Agent with the U.S. Department of Homeland Security__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

AUSA, Heidi Pasichow   (202) 514-7533
Sworn to before me and subscribed in my presence,

Akil Baldwin, Special Agent
U.S. Department of Homeland Security

_____
Date

at __Washington, D.C.__
City and State

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer